AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Irving Levine Automotive Distributors, Inc. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No.  15-13423 |
| | ) |
| v. | ) |
| | ) |
| Aisan Industry Co., Ltd., et al | ) Hon.  Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:     Aisan Corporation of America

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Aisan Corporation of America

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Aisan Industry Co., Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Aisan Industry Co., Ltd.


Date of Service: _____

## Method of Service

____    Personally served at this address:
_____
_____
_____


____    Left copies at the usual place of abode with (name of person):
_____
_____
_____


____    Other (specify):
_____
_____
_____


____    Returned unexecuted (reason):
_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     American Mitsuba Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Fink
Fink Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304
248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    American Mitsuba Corporation

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Denso Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Denso Corporation

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Denso International America

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Denso International America

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____

____    Left copies at the usual place of abode with (name of person):

_____

____    Other (specify):

_____

____    Returned unexecuted (reason):

_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Denso International Korea Corporation

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

        If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
     *Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Denso International Korea Corporation

Date of Service: _____

## Method of Service

____  Personally served at this address:
_____
_____
_____

____  Left copies at the usual place of abode with (name of person):
_____
_____
_____

____  Other (specify):
_____
_____
_____

____  Returned unexecuted (reason):
_____
_____
_____

## Service Fees:      Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | |
|---|---|
| Irving Levine Automotive Distributors, Inc. )<br><br>)<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>Aisan Industry Co., Ltd., et al )<br>)<br>)<br>*Defendant.* ) | Civil Action No.  15-13423<br><br><br>Hon.  Terrence G. Berg |

**SUMMONS IN A CIVIL ACTION**

To:     Franklin Precision Industry, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Franklin Precision Industry, Inc.


Date of Service:    _____


## Method of Service

____   Personally served at this address:

_____
_____
_____


____   Left copies at the usual place of abode with (name of person):

_____
_____
_____


____   Other (specify):

_____
_____
_____


____   Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Hitachi Automotive Systems Americas

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Hitachi Automotive Systems Americas

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

**Service Fees:**        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Hitachi Automotive Systems, Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Hitachi Automotive Systems, Ltd.

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Irving Levine Automotive Distributors, Inc. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Aisan Industry Co., Ltd., et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-13423

Hon.  Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:      Hyundam Industrial Co., Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David H. Fink
Fink Associates Law
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304
248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
   *Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Hyundam Industrial Co., Ltd.

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Keihin Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-13423
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Keihin Corporation


Date of Service:    _____


## Method of Service

____   Personally served at this address:

_____
_____
_____


____   Left copies at the usual place of abode with (name of person):

_____
_____
_____


____   Other (specify):

_____
_____
_____


____   Returned unexecuted (reason):

_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Irving Levine Automotive Distributors, Inc. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No. 15-13423 |
| | ) |
| v. | ) |
| | ) |
| Aisan Industry Co., Ltd., et al | ) Hon. Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

## SUMMONS IN A CIVIL ACTION

To:     Keihin North America, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Keihin North America, Inc.

Date of Service:     _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:     _____

Signature of Server:     _____

Date:     _____

Server's Address:     _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | |
|---|---|
| Irving Levine Automotive Distributors, Inc. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) Civil Action No. 15-13423 |
| | ) |
| v. | ) |
| | ) |
| Aisan Industry Co., Ltd., et al | ) Hon. Terrence G. Berg |
| | ) |
| | ) |
| *Defendant.* | ) |

### SUMMONS IN A CIVIL ACTION

To:    Maruyasu Industries Co., Ltd.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
_____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Maruyasu Industries Co., Ltd.

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Mikuni American Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking _____
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 15-13423
Hon. Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Mikuni American Corporation

Date of Service:   _____

## Method of Service

_____   Personally served at this address:

_____   Left copies at the usual place of abode with (name of person):

_____   Other (specify):

_____   Returned unexecuted (reason):

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   _____

Signature of Server:   _____

Date:   _____

Server's Address:   _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Mikuni Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mikuni Corporation

Date of Service: _____

## Method of Service

_____   Personally served at this address:

_____
_____
_____

_____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

_____   Other (specify):

_____
_____
_____

_____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

<table>
<tr><td>Irving Levine Automotive Distributors, Inc.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Plaintiff,</i></td><td>)</td><td>Civil Action No.  15-13423</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>Aisan Industry Co., Ltd., et al</td><td>)</td><td>Hon.  Terrence G. Berg</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><i>Defendant.</i></td><td>)</td><td></td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To:     Mitsuba Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/L. Hosking_____
        *Signature of Clerk or Deputy Clerk*

Date of Issuance:  _September 30, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mitsuba Corporation

Date of Service:    _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | |
|---|---|
| Irving Levine Automotive Distributors, Inc. | ) |
| | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) |
| v. | ) |
| | ) |
| Aisan Industry Co., Ltd., et al | ) |
| | ) |
| | ) |
| *Defendant.* | ) |

Civil Action No.  15-13423

Hon.  Terrence G. Berg

## SUMMONS IN A CIVIL ACTION

To:     Mitsubishi Electric Automotive America, Inc.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:     Mitsubishi Electric Automotive America, Inc.

Date of Service: _____

## Method of Service

____   Personally served at this address:
_____
_____
_____

____   Left copies at the usual place of abode with (name of person):
_____
_____
_____

____   Other (specify):
_____
_____
_____

____   Returned unexecuted (reason):
_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. 15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon. Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Mitsubishi Electric Corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking _____
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015 _____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423

Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mitsubishi Electric Corporation

Date of Service: _____

## Method of Service

____    Personally served at this address:

_____
_____
_____

____    Left copies at the usual place of abode with (name of person):

_____
_____
_____

____    Other (specify):

_____
_____
_____

____    Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | Civil Action No.  15-13423 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Mitsubishi Electric US Holdings, Inc

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:   s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Mitsubishi Electric US Holdings, Inc

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | Civil Action No.  15-13423 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Robert Bosch GmbH

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking
*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Robert Bosch GmbH


Date of Service:    _____


## Method of Service

\_\_\_\_    Personally served at this address:
_____
_____
_____


\_\_\_\_    Left copies at the usual place of abode with (name of person):
_____
_____
_____


\_\_\_\_    Other (specify):
_____
_____
_____


\_\_\_\_    Returned unexecuted (reason):
_____
_____
_____


## Service Fees:        Travel $_____    Service $_____    Total $_____


## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
_____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

| | | |
|---|---|---|
| Irving Levine Automotive Distributors, Inc. | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  15-13423 |
| | ) | |
| v. | ) | |
| | ) | |
| Aisan Industry Co., Ltd., et al | ) | Hon.  Terrence G. Berg |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:      Robert Bosch LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> David H. Fink
> Fink Associates Law
> 38500 Woodward Avenue
> Suite 350
> Bloomfield Hills, MI 48304
> 248-971-2500

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/L. Hosking

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  September 30, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  15-13423
Hon.  Terrence G. Berg

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Robert Bosch LLC

Date of Service:    _____

## Method of Service

____    Personally served at this address:

____    Left copies at the usual place of abode with (name of person):

____    Other (specify):

____    Returned unexecuted (reason):

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____