UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

IRVING LEVINE AUTOMOTIVE DISTRIBUTORS, INC.,

        Plaintiff(s),

v.

AISAN INDUSTRY CO., LTD., ET AL.,

        Defendant(s).
_____/

Case No.  15-13423

Honorable  Terrence G. Berg

Magistrate Judge  Mona K. Majzoub

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

    This case appears to be a companion case to Case No.  12-MDL-2311 . Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable  Marianne O. Battani  and Magistrate Judge  Mona K. Majzoub .

                s/Terrence G. Berg
                Terrence G. Berg
                United States District Judge

                s/Marianne O. Battani
                Marianne O. Battani
                United States District Judge

    Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
    Case type:  CIVIL

    If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: October 16, 2015                s/ S Schoenherr
                                            Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Marianne O. Battani