**INDEX OF EXHIBITS**
**MOTION FOR PRELIMINARY APPROVAL OF PROPOSED**
**SETTLEMENTS WITH THE DENSO DEFENDANTS**
**AND FOR PROVISIONAL CERTIFICATION OF THE**
<u>**DIRECT PURCHASER SETTLEMENT CLASSES**</u>

1. Cases List

2. Air Conditioning Systems Settlement Agreement

3. Alternators Settlement Agreement

4. Ceramic Substrates Settlement Agreement

5. Fuel Injection Systems Settlement Agreement

6. Fuel Senders Settlement Agreement

7. Heater Control Panels Settlement Agreement

8. Ignition Coils Settlement Agreement

9. Instrument Panel Clusters Settlement Agreement

10. Oxygen Sensors Settlement Agreement

11. Power Window Motors Settlement Agreement

12. Radiators Settlement Agreement

13. Spark Plugs Settlement Agreement

14. Starters Settlement Agreement

15. Valve Timing Control Devices Settlement Agreement

16. Windshield Washer Systems Settlement Agreement

17. Windshield Wiper Settlement Agreement

18. Wire Harness Products Settlement Agreement