# EXHIBIT 1

| Cases | Plaintiffs | Defendants |
|---|---|---|
| In Re: Air Conditioning Systems Cases (2:13-cv-02701) | Tiffin Motor Homes, Inc. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Alternators Cases (2:13-cv-00701, 2:15-cv-13634, 2:15-cv-11828) | Irving Levine Automotive Distributors, Inc.; All European Auto Supply, Inc. | DENSO Corporation; DENSO International America, Inc.; DENSO Products & Services Americas, Inc.; DENSO Korea Corporation f/k/a DENSO International Korea Corporation |
| In Re: Ceramic Substrates Cases (2:17-cv-13785) | Airflow Catalyst Systems, Inc. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Fuel Injection Systems Cases (2:13-cv-02201, 2:15-cv-11827, 2:15-cv-13423) | Vitec, L.L.C.; Irving Levine Automotive Distributors, Inc. | DENSO Corporation; DENSO International America, Inc.; DENSO Korea Corporation f/k/a DENSO International Korea Corporation |
| In Re: Fuel Senders Cases (2:12-cv-00301) | Vitec, L.L.C. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Heater Control Panels Cases (2:12-cv-00401) | Tiffin Motor Homes, Inc. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Ignition Coils Cases (2:13-cv-01401, 2:15-cv-11830) | All European Auto Supply, Inc. | DENSO Corporation; DENSO International America, Inc.; DENSO Products & Services Americas, Inc.; DENSO Korea Corporation f/k/a DENSO International Korea Corporation |
| In Re: Instrument Panel Clusters Cases (2:12-cv-00201) | ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman, LLC | DENSO Corporation; DENSO International America, Inc. |
| In Re: Oxygen Sensors Cases (2:15-cv-03101) | All European Auto Supply, Inc.; Irving Levine Automotive Distributors, Inc. | DENSO Corporation; DENSO International America, Inc.; DENSO Products & Services Americas, Inc. |
| In Re: Power Window Motors Cases (2:13-cv-02301, 2:15-cv-11829) | All European Auto Supply, Inc. | DENSO Corporation; DENSO International America, Inc.; DENSO Korea Corporation f/k/a DENSO International Korea Corporation; ASMO North America, LLC; ASMO North Carolina, Inc. |
| In Re: Radiators Cases (2:13-cv-01001, 2:17-cv-13147) | Irving Levine Automotive Distributors, Inc. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Spark Plugs (2:15-cv-03001) | Hopkins Auto Supply Inc., d.b.a. Thrifty Auto Supply; Irving Levine Automotive Distributors, Inc.; KMB/CT, Inc. | DENSO Corporation; DENSO International America, Inc.; DENSO Products & Services Americas, Inc. |
| In Re: Starters Cases (2:13-cv-01101) | Tiffin Motor Homes, Inc. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Valve Timing Control Devices Cases (2:13-cv-02501, 2:17-cv-13158) | All European Auto Supply, Inc. | DENSO Corporation; DENSO International America, Inc. |
| In Re: Windshield Washer Systems Cases (2:13-cv-02801) | Tiffin Motor Homes, Inc. | DENSO Corporation; DENSO International America, Inc.; ASMO Co. Ltd., ASMO Manufacturing, Inc.; ASMO North America, LLC |
| In Re: Windshield Wipers Cases (2:13-cv-00901) | Tiffin Motor Homes, Inc. | DENSO Corporation; ASMO Co. Ltd. |

| | | |
|---|---|---|
| In Re: Wire Harness Cases (2:12-cv-00101) | Paesano Connecting Systems, Inc.; Craft-Co Enterprises, Inc.; Findlay Industries, Inc.; Cesar-Scott, Inc.; Martinez Manufacturing, Inc.; South Star Corporation; and ACAP, L.L.C., f/k/a Aguirre, Collins & Aikman Plastics, LLC) | DENSO Corporation; DENSO International America, Inc. |